# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Rickey B. Williams,**          )<br>                                               )<br>              Plaintiff,            )<br>                                               )<br>              v.                      )<br>                                               )<br>**State of South Carolina; and**     )<br>**Third Judicial Circuit Solicitor's Office; and**  )<br>**Sumter Police Department,**     )<br>                                               )<br>              Defendants.        )<br>_____) | C/A No. 0:06-2590-CMC-BM<br><br><br><br>**OPINION AND ORDER** |

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, the Complaint filed by Plaintiff, who is proceeding *pro se,* was referred to United States Magistrate Judge Bristow Marchant, who issued a Report and Recommendation on November 13, 2006.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Based on his review of the record, the Magistrate Judge has recommended that the Complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. No objections have been filed and the time for doing so

has expired.

After reviewing the Complaint and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** *without prejudice and without issuance or service of process.*

**IT IS SO ORDERED**.

          s/ Cameron McGowan Currie
          CAMERON MCGOWAN CURRIE
          UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 22, 2006

C:\temp\notesFFF692\06-2590 Williams v. State of SC, et al. - dism wo prej and wo svc -dmb.wpd